IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILBUR DEISHER, | ) | |
| | ) | |
| Plaintiff, | ) | IN RE: ASBESTOS LITIGATION |
| | ) | |
| vs. | ) | NO: 08 CV 2274 |
| | ) | |
| RAPID AMERICAN CORP., et al. | ) | |
| | ) | Judge Kennelly |
| | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 3.2 for the United States District Court for the Northern District of Illinois, the undersigned certifies that Defendant Pfizer Inc. ("Pfizer") is a publicly-held corporation, there is no parent corporation and there are no beneficial owners of 5% or more of Pfizer's common stock.

Dated: April 24, 2008

By:/s/Paul A. Ruscheinski

One of the Attorneys for Defendant
Pfizer, Inc.
Edward B. Ruff, III, Esq. ARDC # 618332
Paul A. Ruscheinski, Esq. ARDC # 6279731
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-197

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of April, 2008, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, Defendant Pfizer, Inc.'s Corporate Disclosure Statement, and Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

<u>Attorneys for Plaintiff</u>
Daniel T. Ryan
Cooney & Conway
120 N. Lasalle, 30 F
Chicago, IL 60602

<u>Attorneys for AO Smith Corp & Kelly Moore Paint Co.</u>
WILSON ELSER MOSKOWITZ
120 N LASALLE ST
CHICAGO IL, 60602

                                Respectfully submitted,

                                PRETZEL & STOUFFER, CHARTERED

                                By:/s/Paul A. Ruscheinski
                                One of the Attorneys for
                                Pfizer, Inc.
                                Edward B. Ruff, III, Esq. ARDC # 618332
                                Paul A. Ruscheinski, Esq. ARDC # 6279731
                                One South Wacker Drive, Suite 2500
                                Chicago, Illinois 60606
                                (312) 346-1973
                                Pruscheinski@pretzel-stouffer.com