FILED: APRIL 21, 2008
08CV2274
TG

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
WILBUR DEISHER

**DEFENDANTS**
Pfizer, Inc.
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Daniel T. Ryan, Cooney & Conway, 120 N. Lasalle, 30th Floor, Chicago, IL 60602 (312)236-6166

Attorneys (If Known)
Edward B. Ruff, Paul A. Ruscheinski, Pretzel & Stouffer, Chartered, One S. Wacker, Suite 2500, Chicago, IL 60606

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 368 Asbestos Personal Injury Product Liability

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 USC 1441

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 4/16/08

SIGNATURE OF ATTORNEY OF RECORD
s/ Paul A. Ruscheinski