U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

WILBUR DEISHER

v.

RAPID AMERICAN CORP., et al.

Case Number:

FILED: APRIL 21, 2008
08CV2274                TG
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PFIZER, INC.

| | |
|---|---|
| NAME (Type or print) <br> Paul A. Ruscheinski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul A. Ruscheinski | |
| FIRM <br> Pretzel & Stouffer, Chartered | |
| STREET ADDRESS <br> One South Wacker, Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279731 | TELEPHONE NUMBER <br> 312-578-7782 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |