# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2274 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Deisher vs. Rapid | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to remand. Motion is granted. Case is remanded to the Circuit Court of Cook County. Clerk of Court is directed to terminate all pending motions and schedules.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|